IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02465-AP

IRENE AGUERO,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
NICHOLAS D. PURIFOY
5020 Bob Billings Pkwy
Lawrence, KS 66049
(785) 832-8521
npurifoy@midlandgroup.com

For Defendant:
DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado

THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 11/12/08

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 3/6/09

    C.    **Date Answer and Administrative Record Were Filed:** 5/27/09

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** 8/31/09

    B.    **Defendant's Response Brief Due:** 9/30/09

    C.    **Plaintiff's Reply Brief (If Any) Due:** 10/15/09

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Oral Argument not requested.

    B.    **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>20th</u> day of <u>July</u>, 2009.

BY THE COURT:

                          *s/John L. Kane*
                          U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Nicholas D. Purifoy                     UNITED STATES ATTORNEY
NICHOLAS D. PURIFOY
5020 Bob Billings Pkwy                   DAVID M. GAOUETTE
Lawrence, KS 66049                       Acting United States Attorney
(785) 832-8521
npurifoy@midlandgroup.com           KEVIN TRASKOS
                                            Deputy Chief, Civil Division
Attorney for Plaintiff                        United States Attorney's Office
                                             District of Colorado

                                           s/ Thomas H. Kraus
                                           THOMAS H. KRAUS
                                           Special Assistant U.S. Attorney
                                           1961 Stout St., Suite 1001A
                                           Denver, Colorado 80294
                                           Telephone: (303) 844-0017
                                           tom.kraus@ssa.gov

                                           Attorneys for Defendant